IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHARON VERNOR, as Administrator of the Estate of LEQUON MARQUIS VERNOR, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS W. JENKINS, PA-C, GABRIELA SALES DE BRUIN, M.D., SEKORAI A. WIGGINS, R.M.A., THE WASHINGTON UNIVERSITY, and LINCARE, INC.<br><br>    Defendants. | Cause No. 3:22-cv-682 |

**JOINT STIPULATION EXTENDING TIME FOR PLAINTIFF
TO RESPOND TO DEFENDANT'S NOTICE OF REMOVAL TO UNITED STATES
DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS**

Plaintiff Sharon Vernor, as Administrator of the Estate of Lequon Marquis Vernor, deceased, and Defendants Lincare, Inc. stipulate that Plaintiff shall have 30 extra days, up to and including June 3, 2022, to respond to Defendant's Notice of Removal to United States District Court for the Southern District of Illinois [Doc. 1].

DATED:  May 3, 2022                             Respectfully submitted,

**THE SIMON LAW FIRM, P.C.**

By: /s/ *John M. Simon*
   John G. Simon, IL #6195127
   John M. Simon, IL #6322824
   Megan A. Crowe, IL #6337472
   800 Market Street, Suite 1700
   St. Louis, Missouri 63101
   P: (314) 241-2929
   F: (314) 241-2020
   jsimon@simonlawpc.com
   jmsimon@simonlawpc.com
   mcrowe@simonlawpc.com

*Attorneys for Plaintiff*

And

/s/ *Heather A. Bub*
Heather A. Bub, ARDC #6288565
Molly A. Arranz, ARDC #6281122
150 N. Michigan Ave., Suite 3300
Chicago, IL 60601
P: (312) 894-3200
F: (312) 894-3210
hbub@salawus.com
marranz@salawus.com

*Counsel for Defendant Lincare, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served to all counsel of record via this Court's CM/ECF system on May 3, 2022.

/s/ *John M. Simon*