IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHARON VERNOR, as Administrator of the Estate of LEQUON MARQUIS VERNOR, deceased,<br><br>      Plaintiff,<br><br>v.<br><br>THOMAS W. JENKINS, PA-C, GABRIELA SALES DE BRUIN, M.D., SEKORAI A. WIGGINS, R.M.A., THE WASHINGTON UNIVERSITY, and LINCARE, INC.<br><br>      Defendants. | Cause No. 3:22-cv-682 |

## PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff Sharon Vernor, as Administrator of the Estate of Lequon Marquis Vernor, deceased, by and through her counsel, and hereby dismisses all claims against all named Defendants in this matter without prejudice. Each party to bear its own costs.

DATED:  May 5, 2022                                         Respectfully submitted,

**THE SIMON LAW FIRM, P.C.**

By: /s/ *John M. Simon*
      John G. Simon, IL #6195127
      John M. Simon, IL #6322824
      Megan A. Crowe, IL #6337472
      800 Market Street, Suite 1700
      St. Louis, Missouri 63101
      P: (314) 241-2929
      F: (314) 241-2020
      jsimon@simonlawpc.com
      jmsimon@simonlawpc.com
      mcrowe@simonlawpc.com

      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and accurate copy of the foregoing has been served to all counsel of record via this Court's CM/ECF system on May 5, 2022.

                                                      /s/ *John M. Simon*